```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8                      EASTERN DISTRICT OF CALIFORNIA
 9                              ----oo0oo----
10  SYNVASIVE TECHNOLOGY, INC.,
    a California corporation,
11                                         NO. CIV. S-05-1515 WBS DAD
              Plaintiff,
12        v.
13  STRYKER CORPORATION,
    a Delaware corporation,
14
15            Defendant.
    _____/
16
    SYNVASIVE TECHNOLOGY, INC.,
17  a California corporation,
                                           NO. CIV. S-06-0049 LKK JFM
18            Plaintiff,
          v.
19
    STRYKER CORPORATION, a
20  Delaware corporation,
21            Defendant.
    _____/
22
23                              ----oo0oo----
24        Examination of the above-entitled actions reveals that
25  these actions are related within the meaning of Local Rule 83-
26  123, E.D. Cal. (1997).  Both cases involve the same parties and
27  are based on similar claims.  Accordingly, the assignment of the
28  matters to the same judge is likely to effect a substantial
```

1  saving of judicial effort and is also likely to be convenient for
2  the parties.
3          The parties should be aware that relating the cases
4  under Local Rule 83-123 merely has the result that these actions
5  are assigned to the same judge; no consolidation of the actions
6  is effected.
7          IT IS THEREFORE ORDERED that the action denominated
8  Civ. S-06-0049 LKK-JFM be, and the same hereby is, reassigned to
9  WILLIAM B. SHUBB for all further proceedings.  Henceforth the
10 captions on all documents filed in the reassigned case shall be
11 shown as Civ. S-06-0049 WBS-DAD, and any dates currently set in
12 the reassigned case _only_ are hereby VACATED, and the United
13 States Attorney shall see that the reassigned cases are placed on
14 a regularly scheduled criminal calendar of the undersigned judge
15 for status conference.
16         IT IS FURTHER ORDERED that the Clerk of the Court make
17 appropriate adjustment in the assignment of civil cases to
18 compensate for this reassignment.
19         IT IS SO ORDERED.
20 DATED: January 25, 2006

                                         _____
                                         WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE