1  TOWNSEND AND TOWNSEND AND CREW LLP
   THEODORE T. HERHOLD (State Bar No. 122895)
2  ttherhold@townsend.com
   MATTHEW R. HULSE (State Bar No. 209490)
3  mrhulse@townsend.com
   379 Lytton Avenue
4  Palo Alto, California  94301
   Telephone: (650) 326-2400
5  Facsimile: (650) 326-2422

6  Attorneys for Plaintiff/Counterdefendant
   SYNVASIVE TECHNOLOGY, INC.
7

8

9             UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12 SYNVASIVE TECHNOLOGY, INC.,            Case No.   S-05-CV-01515-WBS-DAD

13             Plaintiff,                 **SYNVASIVE TECHNOLOGY, INC.'S
                                          MOTION TO FILE DOCUMENT
14        v.                              UNDER SEAL**

15 STRYKER CORPORATION,

16             Defendant.

17
   STRYKER CORPORATION,
18
               Counterclaimant,
19
        v.
20
   SYNVASIVE TECHNOLOGY, INC.,
21
               Counterdefendant.
22

23

24

25

26

27

28

1   Plaintiff/Counterdefendant Synvasive Technology, Inc. ("Synvasive") files this motion with
2 this Court pursuant to Civil Local Rule 39-141 for permission to file the following document under
3 seal:

4   Non-public version of page 6 of Exhibit E to Defendant's Memorandum in Support of
5   Summary Judgment of Noninfringement of the '353 and '253 Patents

6   This document is being submitted in support of Synvasive's Opposition to Defendant's Motion
7 for Summary Judgment of Non-infringement of the '353 and '253 Patents.  This application is made on
8 the basis that this document has been designated as "HIGHLY CONFIDENTIAL - ATTORNEY'S
9 EYES ONLY" by Defendant Stryker Corporation, pursuant to the Protective Order in this action
10 entered on December 13, 2005.  This request is narrowly tailored to seal only that material for which
11 good cause to seal has been established.

12   Submitted herewith is a proposed order granting Synvasive's request to file the foregoing
13 document under seal.

14
15
16 DATED:  February 16, 2006                    Respectfully submitted,
17                                                                           TOWNSEND and TOWNSEND and CREW LLP
18
19                                                                 By:   /S/ Matthew R. Hulse
                                                                              Matthew R. Hulse
20                                                                          Attorneys for Plaintiff/Counterdefendant
                                                                              SYNVASIVE TECHNOLOGY, INC.
21   60705115 v1
22
23
24
25
26
27
28