TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ttherhold@townsend.com
MATTHEW R. HULSE (State Bar No. 209490)
mrhulse@townsend.com
ROBERT D. TADLOCK (State Bar No. 238479)
rdtadlock@townsend.com
379 Lytton Avenue
Palo Alto, California  94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff/Counterdefendant
SYNVASIVE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SYNVASIVE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRYKER CORPORATION, <br><br> Defendant. | Case No.   2-05-CV-01515-WBS-DAD <br><br> **ORDER GRANTING SYNVASIVE TECHNOLOGY, INC.'S APPLICATION TO SHORTEN TIME TO HEAR ITS MOTION TO COMPEL** <br><br> Magistrate Judge Dale A. Drozd |
| STRYKER CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> SYNVASIVE TECHNOLOGY, INC., <br><br> Counterdefendant. | |

Having considered Plaintiff Synvasive Technology, Inc.'s Application to Shorten Time For Its Motion to Compel and the supporting declaration of counsel thereof, and good cause appearing therefor,

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED THAT Plaintiff Synvasive Technology, Inc.'s Application to Shorten Time is GRANTED, and that:

1. Synvasive and Stryker shall file a Joint Statement re Discovery Disagreement pursuant to Civil Local Rule 37-251 on or before April 25, 2006.

2. The hearing on Synvasive Technology, Inc.'s Motion to Compel shall be heard on April 28, 2006, at 10:00 a.m. in Courtroom No. 27. Any party may appear by telephone. To arrange telephonic appearance contact Pete Buzo at (916) 930-4128.

```
Dated:   April 19, 2006
```

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/synvasive1515.ord

PDF created with pdfFactory trial version www.pdffactory.com