1  TOWNSEND AND TOWNSEND AND CREW LLP
   THEODORE T. HERHOLD (State Bar No. 122895)
2  ttherhold@townsend.com
   MATTHEW R. HULSE (State Bar No. 209490)
3  mrhulse@townsend.com
   379 Lytton Avenue
4  Palo Alto, California  94301
   Telephone: (650) 326-2400
5  Facsimile: (650) 326-2422

6  Attorneys for Plaintiff/Counterdefendant
   SYNVASIVE TECHNOLOGY, INC.
7

   Morgan W. Tovey (SBN 136242)
8  William Ross Overend (SBN 180209)
   REED SMITH LLP
9  Two Embarcadero Center, Suite 2000
   San Francisco, CA 94111-3922
10 Telephone: (415) 543-8700
   Facsimile: (415) 391-8269
11
   Gregory J. Vogler (admitted *pro hac vice*)
12 Robert S. Surrette (*pro hac vice* pending)
   Jeremy Gayed (admitted *pro hac vice*)
13 McANDREWS HELD & MALLOY
   500 West Madison Street, Suite 3400
14 Chicago, IL 60661
   Telephone: (312) 775-8000
15
   Attorneys for Defendant/Counterclaimant
16 STRYKER CORPORATION

17
                  UNITED STATES DISTRICT COURT
18
               FOR THE EASTERN DISTRICT OF CALIFORNIA
19
                        SACRAMENTO DIVISION
20

21 SYNVASIVE TECHNOLOGY, INC.,           Case No.   2:05-CV-01515-WBS-DAD

22              Plaintiff,               **STIPULATION AND ORDER TO
         v.                              SHORTEN TIME TO HEAR
23                                       DEFENDANT STRYKER'S MOTION
   STRYKER CORPORATION,                  TO COMPEL**
24
                Defendant.
25

26 AND RELATED COUNTERCLAIM.

27

28

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME TO HEAR DEFENDANT'S MOTION TO COMPEL
CASE NO. 2:05-CV-01515-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com

On April 27, 2006, Defendant Stryker Corporation ("Stryker") notified Plaintiff Synvasive Technology, Inc. ("Synvasive") that Stryker sought to file a Motion to Compel based on meet & confers held on April 19 and April 26. The Motion needs to be heard on or before May 12, 2006, in order to comply with the Court's Scheduling Order of October 24, 2005.

Accordingly, the parties hereby stipulate to the following:

The time to hear Stryker's Motion to Compel will be shortened to 10:00 a.m., May 12, 2006.

The parties will file a Joint Statement addressing the disagreements for Stryker's Motion to Compel by May 9, 2006.

By signing this stipulation, Synvasive does not waive any objections regarding Stryker's Motion to Compel.

DATED: April 28, 2006

TOWNSEND and TOWNSEND and CREW LLP

By:   /s/ Matthew R. Hulse
      Matthew R. Hulse

Attorneys for Plaintiff/Counterdefendant
SYNVASIVE TECHNOLOGY, INC.

DATED: April 28, 2006        McANDREWS HELD & MALLOY

By:   /s/ Jeremy N. Gayed
      Jeremy N. Gayed

Attorneys for Defendant/Counterclaimant
STRYKER CORPORATION

IT IS SO ORDERED.

Dated:  May 3, 2006

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME TO HEAR DEFENDANT'S MOTION TO COMPEL
- 1 -
CASE NO. 2:05-CV-01515-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  Ddad1/orders.civil/synvasive1515.stipord.ost

PDF created with pdfFactory trial version www.pdffactory.com