IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYNVASIVE TECHNOLOGY, INC.,            NO.  CIV.S-05-01515 WBS DAD

      Plaintiff,

  v.                                     ORDER

STRYKER CORPORATION,

      Defendant.
_____/

      This matter came before the court on June 2, 2006, for further hearing on plaintiff Synvasive Technology, Inc.'s motion to compel production of documents and further interrogatory answers and hearing on defendant Stryker Corporation's motion to compel further interrogatory answers.  Matthew Hulse appeared on behalf of plaintiff.  Morgan Tovey, Jeremy Gayed and Robert Surette appeared on behalf of defendant.

      Having considered all written materials submitted in connection with the motions, and after hearing oral argument, for the
/////

1

reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion to compel is granted in part and denied in part.  On or before June 12, 2006, defendant shall provide complete responses to Synvasive Document Request Nos. 1, 5 and 17 as well as Synvasive Interrogatory No. 11.  With respect to Synvasive Document Request No. 28, defendant shall provide a further discovery response making clear its representation at hearing that it does not intend to defend plaintiff's charge of willful infringement by showing that its conduct was in conformity with the advice of counsel; and

    2.  Defendant's motion to compel is granted.  Plaintiff shall provide a complete response to Stryker Interrogatory No. 6 on or before July 3, 2006.

DATED: June 2, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\synvasive.oah.060206