IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----

SYNVASIVE TECHNOLOGY, INC.,                NO.  CIV.S-05-01515 WBS DAD

        Plaintiff,

   v.                                         <u>ORDER</u>

STRYKER CORPORATION,

        Defendant.
_____/

        This matter came before the court on July 28, 2006, for hearing on plaintiff Synvasive Technology, Inc.'s motion for case management order.  Matthew Hulse appeared on behalf of plaintiff. Morgan Tovey, Jeremy Gayed, Robert Surette and William Gont appeared on behalf of defendant Stryker Corporation.

        Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

/////

1.  Plaintiff's motion for case management order is granted in part and denied in part;

2.  Within two weeks of the date of this order, the parties shall serve initial disclosures.  Either party may incorporate by reference any such disclosures made in connection with the consolidated Case No. CIV.S-06-0049 WBS DAD to the extent that party contends the initial disclosures for each action are identical;

3.  Plaintiff's request to limit the number of depositions and interrogatories is denied; and

4.  Plaintiff's request to modify the court's scheduling order to extend the last day to complete all discovery is denied without prejudice to the parties meeting and conferring on the issue and submitting to the court a stipulation and proposed order modifying the schedule.[1]

DATED: August 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\synvasive.oah.072806

---

[1] The court notes that the parties submitted such a stipulation on proposed order on August 8, 2006.  By separate order, that stipulation will be approved.

2