1  TOWNSEND AND TOWNSEND AND CREW LLP
   THEODORE T. HERHOLD (State Bar No. 122895)
2  ttherhold@townsend.com
   MATTHEW R. HULSE (State Bar No. 209490)
3  mrhulse@townsend.com
   ROBERT D. TADLOCK (State Bar No. 238479)
4  rdtadlock@townsend.com
   379 Lytton Avenue
5  Palo Alto, California 94301
   Tel: (650) 326-2400; Facsimile: (650) 326-2422
6  Attorneys for Plaintiff/Counterdefendant
   SYNVASIVE TECHNOLOGY, INC.
7
   Morgan W. Tovey (SBN 136242)
8  William Ross Overend (SBN 180209)
   REED SMITH LLP
9  Two Embarcadero Center, Suite 2000
   San Francisco, CA 94111-3922
10 Tel: (415) 543-8700; Facsimile: (415) 391-8269

11 Gregory J. Vogler (admitted pro hac vice)
   Jeremy Gayed (admitted pro hac vice)
12 McANDREWS HELD & MALLOY
   500 West Madison Street, Suite 3400
13 Chicago, IL 60661
   Telephone: (312) 775-8000
14 Attorneys for Defendant/Counterclaimant
   STRYKER CORPORATION

15

16                    UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
17                           SACRAMENTO DIVISION

| | |
|---|---|
| 18  SYNVASIVE TECHNOLOGY, INC., | Case No. 2:05-CV-01515-WBS-DAD |
| 19              Plaintiff, | (Consolidated) |
|          v. | |
| 20  STRYKER CORPORATION, | |
| 21              Defendant. | |
| 22  SYNVASIVE TECHNOLOGY, INC., | |
| 23              Plaintiff, | Case No. 2:06-CV-00049-WBS-DAD |
|          v. | (Consolidated) |
| 24  STRYKER CORPORATION, | **Magistrate Judge Dale A. Drozd** |
| 25              Defendant. | |
| 26  AND RELATED COUNTERCLAIMS. | |

27            **STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**
28

1    WHEREAS, pursuant to the Court's Order dated May 5, 2006, Case No. 2:06-CV-00049-WBS-DAD was consolidated with Case No. 2:05-CV-01515-WBS-DAD, and the Court set a schedule for the consolidated action;

4    WHEREAS, under the current case schedule, the close of all discovery is November 13, 2006, which is only 3 days after the deadline for disclosing rebuttal expert witnesses and serving rebuttal expert reports;

7    WHEREAS, the parties seek to extend the close of all discovery until December 1, 2006, to permit additional time to prepare for and take expert depositions;

9    WHEREAS, the parties seek to extend the last day to file dispositive motions until December 22, 2006;

///

THEREFORE, the parties stipulate and request that the case proceed according to the following new case schedule:

| Deadline | Current Case Schedule | New Case Schedule |
|---|---|---|
| Close of Fact Discovery | October 2, 2006 | October 2, 2006 |
| Disclosure of experts and production of reports in accordance with Fed. R. Civ. P. 26(a)(2) with respect to issues on which the party bears the burden of proof. | October 20, 2006 | October 20, 2006 |
| Disclosure of experts and production of reports in accordance with Fed. R. Civ. P. 26(a)(2) with respect to issues on which the opposing party bears the burden of proof. | November 10, 2006 | November 10, 2006 |
| Close of all discovery | November 13, 2006 | December 1, 2006 |
| Last day to file dispositive motions | December 13, 2006 | December 22, 2006 |
| Final Pre-Trial Conference | February 12, 2007 at 10:00 a.m. | February 12, 2007 at 10:00 a.m. |
| Trial | April 24, 2007 at 9:00 a.m. | April 24, 2007 at 9:00 a.m. |

DATED: August 8, 2006          TOWNSEND and TOWNSEND and CREW LLP

                               By:   /s/ Matthew R. Hulse
                                     Matthew R. Hulse

                               Attorneys for Plaintiff/Counterdefendant
                               SYNVASIVE TECHNOLOGY, INC.

DATED: August 8, 2006          McANDREWS HELD & MALLOY

                               By:   /s/ Robert A. Surrette (as authorized on 8/8/2006)
                                     Robert A. Surrette

                               Attorneys for Defendant/Counterclaimant
                               STRYKER CORPORATION

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 2:05-CV-01515-WBS-DAD AND CASE NO. 2:06-CV-00049-WBS-DAD
- 2 -

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.
2  Dated: *August 15*, 2006

*Dale A. Drozd*
The Honorable Dale A. Drozd
UNITED STATES MAGISTRATE JUDGE

60839038 v1

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 2:05-CV-01515-WBS-DAD AND CASE NO. 2:06-CV-00049-WBS-DAD

- 3 -