IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYNVASIVE TECHNOLOGY, INC.,          NO.  CIV.S-05-01515 WBS DAD

    Plaintiff,

  v.                                  ORDER

STRYKER CORPORATION,

    Defendant.
_____/

       This matter came before the court on August 18, 2006, for hearing on plaintiff Synvasive Technology, Inc.'s motion to enforce discovery order.  Matthew Hulse appeared on behalf of plaintiff. Bill Overend, Robert Surette and William Gont appeared on behalf of defendant Stryker Corporation.

       Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

/////

1    Within one week of the date of this order defendant shall
2 supplement its discovery responses to the limited extent discussed on
3 the record during the hearing.  In all other respects, plaintiff's
4 motion is denied.
5 DATED: August 18, 2006.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\synvasive.oah.081806