1  TOWNSEND AND TOWNSEND AND CREW LLP
   THEODORE T. HERHOLD (State Bar No. 122895)
2  ttherhold@townsend.com
   MATTHEW R. HULSE (State Bar No. 209490)
3  mrhulse@townsend.com
   ROBERT D. TADLOCK (State Bar No. 238479)
4  rdtadlock@townsend.com
   379 Lytton Avenue
5  Palo Alto, California  94301
   Telephone: (650) 326-2400; Facsimile: (650) 326-2422
6  Attorneys for Plaintiff/Counterdefendant
   SYNVASIVE TECHNOLOGY, INC.
7

   Morgan W. Tovey (SBN 136242)
8  William Ross Overend (SBN 180209)
   REED SMITH LLP
9  Two Embarcadero Center, Suite 2000
   San Francisco, CA 94111-3922
10 Telephone: (415) 543-8700; Facsimile: (415) 391-8269

11 Gregory J. Vogler (admitted pro hac vice)
   Robert A. Surrette (admitted pro hac vice)
12 William B. Gont (admitted pro hac vice)
   McANDREWS HELD & MALLOY
13 500 West Madison Street, Suite 3400
   Chicago, IL 60661
14 Telephone: (312) 775-8000; Facsimile: (312) 775-8100
   Attorneys for Defendant/Counterclaimant
15 STRYKER CORPORATION

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SYNVASIVE TECHNOLOGY, INC.,<br><br>        Plaintiff,<br>   v.<br>STRYKER CORPORATION,<br><br>        Defendant. | Case No. 2:05-CV-01515-WBS-DAD<br>(Consolidated) |
| SYNVASIVE TECHNOLOGY, INC.,<br><br>        Plaintiff,<br>   v.<br>STRYKER CORPORATION,<br><br>        Defendant. | Case No. 2:06-CV-00049-WBS-DAD<br>(Consolidated) |
| AND RELATED COUNTERCLAIMS. | |

**STIPULATION AND ORDER REGARDING CASE SCHEDULE**

1  WHEREAS, pursuant to the Court's August 15, 2006 Order Regarding Case Schedule, the
2  close of fact discovery is October 2, 2006;
3  WHEREAS, under the current case schedule the close of all discovery is December 1, 2006;
4  WHEREAS the parties, working together to create a mutually convenient schedule, seek to
5  take depositions after the close of fact discovery on October 2, 2006;
6  THEREFORE, the parties stipulate and request that the close of fact discovery be extended
7  until November 3, 2006 for the sole purpose of completing the previously noticed outstanding
8  depositions of the following witnesses:
9      1.    Tony Pasciuto
10      2.    David Farah
11      3.    Henry Fletcher
12      4.    Christopher Pollock
13      5.    Oliver Mills
14      6.    Gregory May
15      7.    Boehringer Labs., Inc.
16      8.    Daniel Meaney
17      9.    James Evans
18      10.    Dylan Crotty
19      11.    John Lauria
20      12.    Brent Lalomia
21      13.    Jennifer Lentner
22      14.    David Tallon
23      15.    Stryker designees for Synvasive's Third Amended 30(b)(6) Notice served on September 14,
24            2006.[1]
25
26  [1] The parties are in disagreement regarding the scope of the July 12, 2006 deposition of Steven Reasoner and the July 26, 2006 deposition of Tom Brennan. Synvasive reserves the right to depose
27  these individuals after October 2, 2006 pending the outcome of this dispute.
28

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 2:05-CV-01515-WBS-DAD AND CASE NO. 2:06-CV-00049-WBS-DAD

- 1 -

1    Should any of the above named witnesses, in particular David Tallon and Daniel Meaney, be
2  unavailable for deposition prior to November 3, 2006, the parties agree to work in good faith to
3  promptly schedule those depositions once the witness becomes available.
4    The parties do not seek to change any other deadlines in the case schedule.

DATED: September 26, 2006          Respectfully submitted,

TOWNSEND and TOWNSEND and CREW LLP

By:  /s/ Matthew R. Hulse
     Matthew R. Hulse

Attorneys for Plaintiff/Counterdefendant
SYNVASIVE TECHNOLOGY, INC.

DATED: September 26, 2006          McANDREWS HELD & MALLOY

By:  /s/ William B. Gont (as authorized on 9/26/2006)
     William B. Gont

Attorneys for Defendant/Counterclaimant
STRYKER CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   October 2, 2006

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/synvasive1515.stipord.sched