1  TOWNSEND AND TOWNSEND AND CREW LLP
   THEODORE T. HERHOLD (State Bar No. 122895)
2  ttherhold@townsend.com
   MATTHEW R. HULSE (State Bar No. 209490)
3  mrhulse@townsend.com
   ROBERT D. TADLOCK (State Bar No. 238479)
4  rdtadlock@townsend.com
   379 Lytton Avenue
5  Palo Alto, California  94301
   Telephone: (650) 326-2400
6  Facsimile: (650) 326-2422

7  Attorneys for Plaintiff/Counterdefendant
   SYNVASIVE TECHNOLOGY, INC.

8

9

10              UNITED STATES DISTRICT COURT

11        FOR THE EASTERN DISTRICT OF CALIFORNIA

12               SACRAMENTO DIVISION

13  SYNVASIVE TECHNOLOGY, INC.,          Case No.    2-05-CV-01515-WBS-DAD

14              Plaintiff,               **ORDER GRANTING SYNVASIVE
                                         TECHNOLOGY, INC.'S
15        v.                             APPLICATION TO SHORTEN TIME
                                         TO HEAR ITS MOTION FOR
16  STRYKER CORPORATION,                 PERMISSION TO DISCLOSE
                                         CONFIDENTIAL INFORMATION
17              Defendant.               TO PROFESSOR DAVID A.
                                         DORNFELD**
18

19                                       Magistrate Judge Dale A. Drozd

20  STRYKER CORPORATION,

21              Counterclaimant,

22        v.

23  SYNVASIVE TECHNOLOGY, INC.,

24              Counterdefendant.

25

26

27

28

[PROPOSED] ORDER GRANTING SYNVASIVE TECHNOLOGY, INC.'S APPLICATION TO SHORTEN TIME  TO HEAR
ITS MOTION FOR PERMISSION TO DISCLOSE CONFIDENTIAL INFORMATION TO PROFESSOR DAVID A. DORNFELD,
CASE NO. 2-05-CV-01515-WBS-DAD AND CASE NO. 2:06-CV-00049-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1        Having considered Plaintiff Synvasive Technology, Inc.'s Application to Shorten Time

2   For Its Motion For Permission to Disclose Confidential Information to Professor David A. Dornfeld

3   and the supporting declaration of counsel thereof, and good cause appearing therefor,

4

5        IT IS HEREBY ORDERED THAT Plaintiff Synvasive Technology, Inc.'s Application to

6   Shorten Time is GRANTED, and that:

7        1.     Synvasive and Stryker shall file a Joint Statement re Discovery Disagreement pursuant

8   to Civil Local Rule 37-251 on or before October 10, 2006.

9        2.     The hearing on Synvasive Technology, Inc.'s Motion For Permission to Disclose

10  Confidential Information to Professor David A. Dornfeld shall be heard on October 13, 2006 at 10:00

11  a.m.

12  Dated:   October 5, 2006

13

14  _____
    DALE A. DROZD
15  UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20  Ddad1/orders.civil/synvasive1515.ord.shortentime

21

22

23

24

25

26

27

28
    [PROPOSED] ORDER GRANTING SYNVASIVE TECHNOLOGY, INC.'S APPLICATION TO SHORTEN TIME TO HEAR     1
    ITS MOTION FOR PERMISSION TO DISCLOSE CONFIDENTIAL INFORMATION TO PROFESSOR DAVID A. DORNFELD,
    CASE NO. 2-05-CV-01515-WBS-DAD AND CASE NO. 2:06-CV-00049-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com