IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----

SYNVASIVE TECHNOLOGY, INC.,           NO. CIV.S-05-01515 WBS DAD

    Plaintiff,

  v.                                   <u>ORDER</u>

STRYKER CORPORATION,

    Defendant.
_____/

    This matter came before the court on October 13, 2006, for hearing on plaintiff Synvasive Technology, Inc.'s motion to modify the stipulated protective order filed on December 13, 2005.[1]  Matthew Hulse and Robert Tadlock appeared on behalf of plaintiff.  William Overend, Robert Surette and William Gont appeared on behalf of defendant Stryker Corporation.

/////

----

[1] Plaintiff's motion actually is styled as a "Motion for Permission to Disclose Confidential Information to Professor David A. Dornfeld."  (Doc. no. 90.)

1

Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff Synvasive Technology, Inc.'s motion to modify protective order is granted;

2. Plaintiff is permitted to immediately disclose to Professor David A. Dornfeld information designated as "Confidential" and "Highly Confidential -- Attorneys' Eyes Only" under the protective order filed December 13, 2005; and

3. Professor Dornfeld shall be subject to the limitations of the protective order.

DATED: October 13, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\synvasive.oah.081806