IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNVASIVE TECHNOLOGY, INC., | NO. CIV.S-05-1515 WBS DAD |
| Plaintiff, | |
| v. | ORDER |
| STRYKER CORPORATION, | |
| Defendant. | |
| _____/ | |

        This matter came before the court on October 27, 2006, for hearing on plaintiff Synvasive Technology, Inc.'s motion to compel. Matthew Hulse and Robert Tadlock appeared on behalf of plaintiff. Gregory Vogler and Morgan Tovey appeared on behalf of defendant Stryker Corporation.

        Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

/////

1. Plaintiff Synvasive Technology, Inc.'s motion to compel is granted in part and denied in part.

2. The depositions of Steven Reasoner and Tom Brennan in their individual capacities shall occur on or before November 22, 2006. Each deposition shall last no longer than one-half day (i.e., four (4) hours), excluding appropriate breaks.

3. On or before November 22, 2006, Stryker shall produce for deposition its designees for Topics 1 and 21 in Synvasive's Third Amended Rule 30(b)(6) notice. As to a designee for Topic 6, the motion is denied except that Stryker shall verify in writing its representation during the hearing that no Stryker employee has knowledge of the information sought in Topic 6.

4. The motion is denied as to Synvasive document Request Nos. 56-60 as well as 74 and 75. The motion is denied as moot as to Request No. 55, the parties having reached an agreement on that request prior to the hearing.

5. The close of fact discovery is extended until **November 22, 2006.**

DATED: October 27, 2006.

_DALE A. DROZD_
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\synvasive.oah.102706