| | |
|---|---|
| 1 | Morgan W. Tovey (SBN 136242) |
| | William Ross Overend (SBN 180209) |
| 2 | REED SMITH LLP |
| | Two Embarcadero Center, Suite 2000 |
| 3 | San Francisco, CA 94111-3922 |
| | Tel: (415) 543-8700; Facsimile: (415) 391-8269 |
| 4 | |
| 5 | Gregory J. Vogler (admitted pro hac vice) |
| | Robert A. Surrette (admitted pro hac vice) |
| 6 | William B. Gont (admitted pro hac vice) |
| | McANDREWS HELD & MALLOY |
| 7 | 500 West Madison Street, Suite 3400 |
| | Chicago, IL 60661 |
| 8 | Telephone: (312) 775-8000 |
| 9 | Attorneys for Defendant, STRYKER CORPORATION |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SYNVASIVE TECHNOLOGY, INC., | Case No. 2:05-CV-01515-WBS-DAD (Consolidated) |
| Plaintiff, | |
| v. | |
| STRYKER CORPORATION, | |
| Defendant. | |
| SYNVASIVE TECHNOLOGY, INC., | Case No. 2:06-CV-00049-WBS-DAD (Consolidated) |
| Plaintiff, | |
| v. | |
| STRYKER CORPORATION, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

**[PROPOSED] ORDER GRANTING STRYKER CORPORATION'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendant Stryker Corporation ("Stryker") has filed with the Court a Motion to File Documents Under Seal and a Notice of Filing Sealed Documents. Stryker's motion seeks to file documents under seal that have been designated by Plaintiff Synvasive Technology, Inc. or Stryker as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," pursuant to the Protective Order in

PDF created with pdfFactory trial version www.pdffactory.com

this action entered on December 13, 2005. As set forth in Stryker's Motion to File Documents Under Seal, Stryker has lodged non-public versions of the following documents with this Court:

- Stryker's Memorandum In Support Of Its Motion For Summary Judgment Of Invalidity Of The '353, '253, and '101 Patents.

- Stryker's Statement Of Undisputed Material Facts In Support Of Its Motion For Summary Judgment Of Invalidity Of The '353, '253, And '101 Patents.

- Exhibits H, I, K, N, and O to the Declaration Of William B. Gont In Support Of Stryker's Motion For Summary Judgment Of Invalidity Of The '353, '253, And '101 Patents.

- Exhibits 10 and 17 to the Declaration Of Dr. Carl H. Jacobs In Support Of Stryker's Motion For Summary Judgment Of Invalidity Of The '353, '253, And '101 Patents.

Having considered Stryker's motion, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The following non-public documents are hereby ordered sealed:

- Stryker's Memorandum In Support Of Its Motion For Summary Judgment Of Invalidity Of The '353, '253, and '101 Patents.

- Stryker's Statement Of Undisputed Material Facts In Support Of Its Motion For Summary Judgment Of Invalidity Of The '353, '253, And '101 Patents.

- Exhibits H, I, K, N, and O to the Declaration Of William B. Gont In Support Of Stryker's Motion For Summary Judgment Of Invalidity Of The '353, '253, And '101 Patents.

- Exhibits 10 and 17 to the Declaration Of Dr. Carl H. Jacobs In Support Of Stryker's Motion For Summary Judgment Of Invalidity Of The '353, '253, And '101 Patents.

- This order may be subject to reconsideration, in whole or in part, at any time, if on the application of any party or other interested person it is shown that the interest of the public in access to the above information outweighs the need to seal the above documents.

Dated: December 22, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com