TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ttherhold@townsend.com
MATTHEW R. HULSE (State Bar No. 209490)
mrhulse@townsend.com
ROBERT D. TADLOCK (State Bar No. 238479)
rdtadlock@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400; Facsimile: (650) 326-2422
Attorneys for Plaintiff/Counterdefendant
SYNVASIVE TECHNOLOGY, INC.

Morgan W. Tovey (SBN 136242)
William Ross Overend (SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: (415) 543-8700; Facsimile: (415) 391-8269

Gregory J. Vogler (admitted pro hac vice)
Robert A. Surrette (admitted pro hac vice)
William B. Gont (admitted pro hac vice)
McANDREWS HELD & MALLOY
500 West Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000; Facsimile: (312) 775-8100
Attorneys for Defendant/Counterclaimant
STRYKER CORPORATION

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SYNVASIVE TECHNOLOGY, INC., <br><br> Plaintiff, <br> v. <br> STRYKER CORPORATION, <br><br> Defendant. | Case No. 2:05-CV-01515-WBS-DAD (Consolidated) |
| SYNVASIVE TECHNOLOGY, INC., <br><br> Plaintiff, <br> v. <br> STRYKER CORPORATION, <br><br> Defendant. | Case No. 2:06-CV-00049-WBS-DAD (Consolidated) <br><br> **[PROPOSED] ORDER GRANTING REQUEST TO AMEND THE DATE NOTICED TO HEAR SYNVASIVE TECHNOLOGY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF THE '353 AND '253 PATENTS** |
| AND RELATED COUNTERCLAIMS. | |

PDF created with pdfFactory trial version www.pdffactory.com

1  Having considered Synvasive Technology, Inc.'s and Stryker Corporation's Stipulation
2  Requesting to Amend the Date Noticed to Hear Synvasive Technology, Inc.'s Motion for Partial
3  Summary Judgment of Infringement of the '353 and '253 Patents, and good cause appearing therefor,

4  **IT IS HEREBY ORDERED THAT** the Stipulation Requesting to Amend the Date Noticed
5  to Hear Synvasive Technology, Inc.'s Motion for Partial Summary Judgment of Infringement of the
6  '353 and '253 Patents is **GRANTED**, and that:

7  1) The hearing of Synvasive's motion for partial summary judgment is moved to February 5,
8  2007 to coincide with the noticed hearing of Stryker's summary judgment motions.

9  2) The briefing schedule for the opposition and reply will be adjusted to correspond to the
10  February 5, 2007 hearing date so that, in accordance with Local Rule 78-230(c) and (d), any
11  opposition to Synvasive's motion may be filed with the Clerk no later than January 22, 2007, and a
12  reply to the opposition may be filed no later than January 29, 2007.

Dated:  December 29, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING REQUEST TO AMEND THE DATE NOTICED
TO HEAR SYNVASIVE TECHNOLOGY, INC.'S MOTION FOR PARTIAL SUMMARY
JUDGMENT OF INFRINGEMENT OF THE '353 AND '253 PATENTS

PDF created with pdfFactory trial version www.pdffactory.com