1 | Morgan W. Tovey (SBN 136242)
  | William Ross Overend (SBN 180209)
2 | REED SMITH LLP
  | Two Embarcadero Center, Suite 2000
3 | San Francisco, CA 94111-3922
  | Tel: (415) 543-8700; Facsimile: (415) 391-8269
4 |
5 | Gregory J. Vogler (admitted pro hac vice)
  | Robert A. Surrette (admitted pro hac vice)
  | William B. Gont (admitted pro hac vice)
6 | McANDREWS HELD & MALLOY
  | 500 West Madison Street, Suite 3400
7 | Chicago, IL 60661
  | Telephone: (312) 775-8000
8 |
9 | Attorneys for Defendant,
  | STRYKER CORPORATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| SYNVASIVE TECHNOLOGY, INC., | Case No. 2:05-CV-01515-WBS-DAD (Consolidated) |
| Plaintiff, v. | |
| STRYKER CORPORATION, | |
| Defendant. | |
| SYNVASIVE TECHNOLOGY, INC., | Case No. 2:06-CV-00049-WBS-DAD (Consolidated) |
| Plaintiff, v. | |
| STRYKER CORPORATION, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

**[PROPOSED] ORDER GRANTING STRYKER CORPORATION'S MOTION TO FILE DOCUMENTS UNDER SEAL**

[PROPOSED] ORDER GRANTING STRYKER CORPORATION'S MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 2:05-CV-01515-WBS-DAD AND CASE NO. 2:06-CV-00049-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com

Defendant Stryker Corporation ("Stryker") has filed with the Court a Motion to File Documents Under Seal and a Notice of Filing Sealed Documents. Stryker's motion seeks to file documents under seal that have been, or contain information that has been, designated by Stryker as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," pursuant to the Protective Order in this action entered on December 13, 2005. As set forth in Stryker's Motion to File Documents Under Seal, Stryker has lodged non-public versions of the following documents with this Court:

- Stryker Corporation's Response To Synvasive's Statement Of Undisputed Material Facts In Support Of Its Motion For Partial Summary Judgment Of Infringement Of The '353 And '253 Patents.

- Exhibits A, B, I, and J to the Declaration Of William B. Gont In Support Of Stryker Corporation's Opposition To Synvasive's Motion For Partial Summary Judgment Of Infringement Of The '353 And '253 Patents.

- Exhibits 4 and 5 to the Declaration Of Dr. Carl H. Jacobs In Support Of Stryker Corporation's Opposition To Synvasive's Motion For Partial Summary Judgment Of Infringement Of The '353 And '253 Patents.

Having considered Stryker's motion, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The following non-public documents are hereby ordered sealed:

- Stryker Corporation's Response To Synvasive's Statement Of Undisputed Material Facts In Support Of Its Motion For Partial Summary Judgment Of Infringement Of The '353 And '253 Patents.

- Exhibits A, B, I, and J to the Declaration Of William B. Gont In Support Of Stryker Corporation's Opposition To Synvasive's Motion For Partial Summary Judgment Of Infringement Of The '353 And '253 Patents.

- Exhibits 4 and 5 to the Declaration Of Dr. Carl H. Jacobs In Support Of Stryker Corporation's Opposition To Synvasive's Motion For Partial Summary Judgment Of Infringement Of The '353 And '253 Patents.

- This order may be subject to reconsideration, in whole or in part, at any time, if on the application of any party or other interested person it is shown that the interest of the public in access to the above information outweighs the need to seal the above documents.

- Both parties who ask the court to place critical parts of this file under seal should

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  understand that doing so hampers this court's ability to review all relevant parts of the
2  file in ruling on the pending motions, and may also affect the ability of the court of
   appeals to review on appeal any decision of this court .

3  Dated: January 24, 2007

   *[signature]*

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] ORDER GRANTING STRYKER CORPORATION'S MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 2:05-CV-01515-WBS-DAD AND CASE NO. 2:06-CV-00049-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com