```
TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ttherhold@townsend.com
MATTHEW R. HULSE (State Bar No. 209490)
mrhulse@townsend.com
ROBERT D. TADLOCK (State Bar No. 238479)
rdtadlock@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff/Counterdefendant
SYNVASIVE TECHNOLOGY, INC.
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SYNVASIVE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRYKER CORPORATION, <br><br> Defendant. | Case No. 2:05-CV-01515-WBS-DAD <br> (Consolidated) |
| SYNVASIVE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRYKER CORPORATION, <br><br> Defendant. | Case No. 2:06-CV-00049-WBS-DAD <br> (Consolidated) <br><br> **The Honorable William B. Shubb** |
| AND RELATED COUNTERCLAIMS. | |

**[PROPOSED] ORDER GRANTING REQUEST TO CHANGE THE HEARING DATE FOR MOTIONS FOR RECONSIDERATION**

PDF created with pdfFactory trial version www.pdffactory.com

1   Having considered Synvasive Technology, Inc.'s ("Synvasive") and Stryker Corporation's
2   ("Stryker") Stipulation Requesting Change of Hearing Date for the Motions for Reconsideration of the
3   Court's February 16, 2007 Memorandum and Order, and good cause appearing,
4   IT IS HEREBY ORDERED that
5   (1)   The hearing on Synvasive's motion for reconsideration (filed on March 8, 2007) and
6   Stryker's motion for reconsideration (filed on March 5, 2007) will take place on April 2, 2007 at 1:30
7   p.m.;
8   (2)   The briefing schedule for the opposition and reply briefs for both motions will be
9   adjusted to correspond to the April 2, 2007 hearing date. Accordingly, any oppositions to the motions
10  must be served and filed no later than March 19, 2007, and any replies to the oppositions must be
11  served and filed no later than March 26, 2007.
12  IT IS SO ORDERED.
13  DATED: March 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

61003049 v1

[PROPOSED] ORDER GRANTING REQUEST TO CHANGE THE HEARING DATE FOR MOTIONS FOR RECONSIDERATION
CASE NO. 2:05-CV-01515-WBS-DAD AND CASE NO. 2:06-CV-00049-WBS-DAD
- 1 -

PDF created with pdfFactory trial version www.pdffactory.com