TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ttherhold@townsend.com
MATTHEW R. HULSE (State Bar No. 209490)
mrhulse@townsend.com
ROBERT D. TADLOCK (State Bar No. 238479)
rdtadlock@townsend.com
379 Lytton Avenue, Palo Alto, California  94301
Telephone: (650) 326-2400; Facsimile: (650) 326-2422
Attorneys for Plaintiff/Counterdefendant
SYNVASIVE TECHNOLOGY, INC.

Morgan W. Tovey (SBN 136242)
William Ross Overend (SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: (415) 543-8700; Facsimile: (415) 391-8269

Timothy J. Malloy (admitted pro hac vice)
Gregory J. Vogler (admitted pro hac vice)
Robert A. Surrette (admitted pro hac vice)
William B. Gont (admitted pro hac vice)
McANDREWS HELD & MALLOY
500 West Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000; Facsimile: (312) 775-8100
Attorneys for Defendant/Counterclaimant
STRYKER CORPORATION

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| SYNVASIVE TECHNOLOGY, INC.,<br><br>    Plaintiff,<br>    v.<br>STRYKER CORPORATION,<br>    Defendant. | Case No. 2:05-CV-01515-WBS-DAD<br>(Consolidated) |
| SYNVASIVE TECHNOLOGY, INC.,<br><br>    Plaintiff,<br>    v.<br>STRYKER CORPORATION,<br>    Defendant. | Case No. 2:06-CV-00049-WBS-DAD<br>(Consolidated)<br><br>**The Honorable William B. Shubb** |
| AND RELATED COUNTERCLAIMS. | |

**STIPULATION AND [PROPOSED[ ORDER CHANGING HEARING DATE FOR MOTIONS FOR RECONSIDERATION**

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff Synvasive Technology, Inc. ("Synvasive") and Defendant Stryker Corporation
2 ("Stryker") hereby submit this stipulation and proposed order changing the hearing date for
3 Synvasive's Motion for Reconsideration and Stryker's Motion for Reconsideration, from April 2, 2007
4 to April 9, 2007.

5  WHEREAS, the parties have reached a tentative settlement of the action;

6  WHEREAS, the hearing for Synvasive's Motion for Reconsideration and Stryker's Motion for
7 Reconsideration is presently scheduled for April 2, 2007 at 1:30 p.m.;

8  WHEREAS, the parties are finalizing the terms of a settlement agreement to resolve this
9 action; and

10  WHEREAS, to provide sufficient time to finalize the settlement agreement, and to avoid
11 wasting resources of the parties and the Court, the parties request the hearing for the Motions for
12 Reconsideration be rescheduled.

13  The parties therefore stipulate that the hearing for Synvasive's Motion for Reconsideration and
14 Stryker's Motion for Reconsideration shall be rescheduled from April 2, 2007 to April 9, 2007 at 1:30
15 p.m.

16 DATED:  March 30, 2007                    Respectfully submitted,

17                                          TOWNSEND and TOWNSEND and CREW LLP

18
19                                   By:    /s/ Matthew R. Hulse
                                            Matthew R. Hulse

20                                          Attorneys for Plaintiff/Counterdefendant
                                            SYNVASIVE TECHNOLOGY, INC.
21

22 DATED:  March 30, 2007                    McANDREWS HELD & MALLOY

23                                   By:    /s/ Robert A. Surrette (as authorized on 3/30/2007)
                                            Robert A. Surrette
24
25                                          Attorneys for Defendant/Counterclaimant
                                            STRYKER CORPORATION
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   Dated:  April 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8   61018951 v1

PDF created with pdfFactory trial version www.pdffactory.com