| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
|   | THEODORE T. HERHOLD (State Bar No. 122895) |
| 2 | ttherhold@townsend.com |
|   | MATTHEW R. HULSE (State Bar No. 209490) |
| 3 | mrhulse@townsend.com |
|   | ROBERT D. TADLOCK (State Bar No. 238479) |
| 4 | rdtadlock@townsend.com |
|   | 379 Lytton Avenue, Palo Alto, California  94301 |
| 5 | Telephone: (650) 326-2400; Facsimile: (650) 326-2422 |
|   | Attorneys for Plaintiff/Counterdefendant |
| 6 | SYNVASIVE TECHNOLOGY, INC. |
| 7 | Morgan W. Tovey (SBN 136242) |
|   | William Ross Overend (SBN 180209) |
| 8 | REED SMITH LLP |
|   | Two Embarcadero Center, Suite 2000 |
| 9 | San Francisco, CA 94111-3922 |
|   | Telephone: (415) 543-8700; Facsimile: (415) 391-8269 |
| 10 | |
|   | Timothy J. Malloy (admitted pro hac vice) |
| 11 | Gregory J. Vogler (admitted pro hac vice) |
|   | Robert A. Surrette (admitted pro hac vice) |
| 12 | William B. Gont (admitted pro hac vice) |
|   | McANDREWS HELD & MALLOY |
| 13 | 500 West Madison Street, Suite 3400 |
|   | Chicago, IL 60661 |
| 14 | Telephone: (312) 775-8000; Facsimile: (312) 775-8100 |
|   | Attorneys for Defendant/Counterclaimant |
| 15 | STRYKER CORPORATION |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SYNVASIVE TECHNOLOGY, INC., | Case No. 2:05-CV-01515-WBS-DAD |
| Plaintiff, | (Consolidated) |
| v. | |
| STRYKER CORPORATION, | |
| Defendant. | |
| SYNVASIVE TECHNOLOGY, INC., | Case No. 2:06-CV-00049-WBS-DAD |
| Plaintiff, | (Consolidated) |
| v. | |
| STRYKER CORPORATION, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

**STIPULATION FOR DISMISSAL; ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

The parties to this action have executed a settlement agreement resolving all claims in the action.  Therefore, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between the parties hereto that the above-captioned action be and is hereby dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

DATED:  May 4, 2007                                  Respectfully submitted,

                                                                   TOWNSEND and TOWNSEND and CREW LLP

                                                     By:   /s/ Matthew R. Hulse
                                                           Matthew R. Hulse

                                                     Attorneys for Plaintiff/Counterdefendant
                                                     SYNVASIVE TECHNOLOGY, INC.

DATED:  May 4, 2007                                  McANDREWS HELD & MALLOY

                                                     By:   /s/ Robert A. Surrette (as authorized on May 4, 2007)
                                                           Robert A. Surrette

                                                     Attorneys for Defendant/Counterclaimant
                                                     STRYKER CORPORATION

**ORDER**

Based on the foregoing stipulation, the action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED:  May 4, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com